

# Fourth Court of Appeals
## San Antonio, Texas

March 23, 2021

No. 04-20-00033-CR

Miguel Angel **MONTEZ,**
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 290th Judicial District Court, Bexar County, Texas
Trial Court No. 2019CR8548
The Honorable Jennifer Pena, Judge Presiding

# O R D E R

Sitting:    Luz Elena Chapa, Justice
          Irene Rios, Justice
          Liza Rodriguez, Justice

The motion for extension of time filed by David L. McLane, attorney pro tem for the State, is granted. We order the State's brief due May 24, 2021. Counsel is advised that a motion for a further extension of time will be disfavored.

It so **ORDERED** on this 23rd day of March, 2021.

PER CURIAM

ATTESTED TO: _____
MICHAEL A. CRUZ, Clerk of Court